**DISMISS and Opinion Filed September 17, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00437-CV**

**IN RE CHASE MYRICK, SCALE & CHANGE LLC AND SCALE & CHANGE MANAGEMENT LLC, Relators**

**Original Proceeding from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-21-0466**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Schenck

Before the Court is relators' June 11, 2021 petition for writ of mandamus in which they challenge the trial court's order granting a Rule 202 deposition. In their September 9, 2021 motion to withdraw petition, relators advise us that this original proceeding has been rendered moot by the parties' resolution of the challenged issues. Accordingly, we grant the motion and dismiss the petition. We also lift the stay issued by this Court's June 22, 2021 order.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210437F.P05